UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| JESSICA S., <br>  Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting <br> Commissioner of Social Security, <br>  Defendant. | C.A. No. 21-075-MSM-PAS |

ORDER

On February 22, 2022, Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation (R&R), (ECF No. 15), recommending that the Court grant the Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 10) and remand the case for further consideration of the limitations caused by Plaintiff's mental impairments. After having carefully reviewed the relevant papers and having heard no objections the Court ACCEPTS the R&R and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, the Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 10) is GRANTED, and Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 13) is DENIED. The matter is remanded for further proceedings consistent with this ruling.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

March 21, 2022